**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1588**

_____

DANTE JEFFRIES,

             Plaintiff - Appellant,

        v.

CREDIT ONE BANK,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:24-cv-03265-PX)

_____

Submitted:  August 28, 2025                    Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBUAM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dante Jeffries, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dante Jeffries appeals the district court's order granting Credit One Bank National Association's motion to compel arbitration and dismissing Jeffries's complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Jeffries's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v.* Lightsey, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
